STATE OF NEW JERSEY v. ERIC RODRIGUEZ.

March 25, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND REYES.

March 25, 1986.

Petition for certification denied.   (See 207 *N.J.Super.* 126)

FRANK BYBEL v. ENGLEWOOD BOARD OF EDUCATION.

March 25, 1986.

Petition for certification denied.